COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-343-CV

IN THE INTEREST OF E.H.,

A MINOR CHILD

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant M.J. appeals from the trial court’s order awarding permanent managing conservatorship of her then seventeen-year-old son E.H. to the Texas Department of Family and Protective Services.  The trial court did not order M.J. to pay child support.  Because E.H.’s eighteenth birthday was on May 29, 2008, there is no longer any live dispute.
(footnote: 2)  

We therefore dismiss this appeal as moot.
(footnote: 3)

PER CURIAM

PANEL F: DAUPHINOT, LIVINGSTON, and HOLMAN, JJ.

DELIVERED: June 12, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
See 
Tex. Fam. Code Ann.
 §§ 101.003 (defining child as “
a person under 18 years of age 
who is not and has not been married or who has not had the disabilities of minority removed for general purposes”) (emphasis added), 263.404 (providing that “[t]he court may render a final order appointing the department as managing conservator of the 
child
“) (Vernon 2002) (emphasis added). 

3:
See Ngo v. Ngo
, 133 S.W.3d 688, 691–92 (Tex. App.—Corpus Christi 2003, no pet.); 
Kennedy v. Kennedy
, 125 S.W.3d 14, 21 (Tex. App.—Austin 2002, pet. denied), 
cert. denied
, 540 U.S. 1178 (2004); 
In re B.R.
, 822 S.W.2d 103, 107 n.1 (Tex. App.—Tyler 1991, writ denied).